**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | 20-01213 |
| **Faydra Triche-Solomon** | ) | | |
| Debtor, | ) | **Chapter:** | Chapter 13 |
| | ) | | |
| | ) | **Judge:** | Timothy A. Barnes |

**NOTICE OF HEARING**

**To:**   Faydra Triche-Solomon, 14414 S. Clark St., Riverdale, IL, 60827

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101

Internal Revenue Service Mail Stop CH1 230 S. Dearborn, Chicago, IL 60604

Attorney General of the United States Tax Division (DOJ) PO Box 55 Ben Franklin Station, Washington, DC 20530

Civil Process Clerk, Office of the United States Attorney for the Northern District of Illinois, 219 S. Dearborn, 5th Floor, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the **9th of April, 2020 at 9:30 a.m.**, I shall appear before the Honorable Judge Timothy A. Barnes in 219 S. Dearborn, Courtroom 744, Chicago, IL and then and there present the attached **OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**, a copy of which is attached hereto.

**By:**   /s/ Dale Riley
Dale Riley

**CERTIFICATE OF SERVICE**

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Suite 3400, Chicago, Illinois, before the hour of 5:30 p.m., on March 10, 2020.

**By:**   /s/ Dale Riley
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 20-01213 |
|    Faydra Triche-Solomon | ) | | |
|        Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

**OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**

NOW COMES the Debtor, Ms. Faydra Triche-Solomon (the "Debtor"), by and through her attorneys, Geraci Law, LLC, to present her **OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE**, and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 01/15/2020.

3. On 02/05/2020, the Internal Revenue Service (hereinafter the "Creditor") filed a proof of claim (number 6-1) in the amount of $7,739.86.  (See attached Exhibit A.)

4. Claim 6-1 alleges in part $3,676.60 priority tax debt for the tax period ending 12/31/2019 based on an unfiled return.

5. The Debtor in fact did file a return for the tax period ending 12/31/2019 and owes $760. (See attached Exhibit B.)

6. The claim filed by the creditor in this case is invalid pursuant to 11 U.S.C. 502(b)(1).

WHEREFORE, the Debtor, Ms. Faydra Triche-Solomon, prays that this Court enter an order disallowing the claim of the Internal Revenue Service to the extent that it pertains to the tax period ending 12/31/2019 beyond $760 in priority debt, to the extent that it alleges that the Debtor did not file a tax return, and for such further additional relief that this Court may deem just and proper.

                                          ___/s/ Dale Riley_____
                                             Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960